# UNITED STATES DISTRCT COURT
## NORTHERN DISRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALAMO ENGINEERING SERVICES, INC, § § § | |
| Plaintiff, § | CASE NO.:1:25-cv-05744 |
| v. § § | |
| GROH PRODUCTIONS, INC, and KATALINA GROH § § § | |
| Defendants. § | |

## REQUEST FOR ENTRY OF DEFAULT OF DEFENDANTS GROH PRODUCTIONS, INC AND KATALINA GROH

COMES NOW Plaintiff, Alamo City Engineering Services, Inc. ("Plaintiff"), and hereby notifies the Clerk of the Court that Defendant, Groh Productions, Inc., and Defendant, Katalina Groh (collectively, "Defendants"), have defaulted by not responding in a timely manner to allegations in the Plaintiff's Original Complaint (the "Complaint") [Dkt. No. 1].

### I.

### Service Upon Defendant Groh Productions, Inc.

Service of process on Defendant, Groh Productions, Inc., was made by serving the Illinois Secretary of State on July 25, 2025. *See* "Affidavit of Compliance," which is attached hereto as **Exhibit A** and incorporated herein for all purposes.

On August 12, 2025, Plaintiff's counsel received a file-stamped copy of the Affidavit of Compliance and served copies of the Complaint, summons, and Affidavit of Compliance on Defendant, Groh Productions, Inc., by First Class Mail and Certified Mail addressed to 1320 N. Astor St. Apt. 1, Chicago, Illinois 60610, which is the address for Katalina Groh, Groh

Productions, Inc's registered agent. [Dkt. No. 14]. Plaintiff has received the "green card" for the certified mailing. *See* **Exhibit B**.

## II.

### Service Upon Defendant Katalina Groh

After several unsuccessful attempts to serve Defendant, Katalina Groh, Plaintiff filed its Motion to Approve Alternate Service on Defendants. [Dkt. No. 11]. On September 8, 2025, the Court granted Plaintiff's Motion to Approve Alternate Service and allowed Plaintiff to serve Robert Metz, the lawyer who is representing Defendant, Katalina Groh, in another lawsuit. [Dkt. No. 20]. On September 11, 2025, Plaintiff's counsel served copies of the summons and Complaint on Defendant, Katalina Groh, by and through serving Mr. Metz via e-mail. *See* Email to Robert Metz on September 11, 2025, which is attached hereto as **Exhibit C** and incorporated for all purposes.

## III.

### No Responsive Pleadings Has Been Filed by Defendants

More than twenty-one (21) days have elapsed since Defendants were each served with service of process, and Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure. Accordingly, Plaintiff requests the Clerk to enter a default against Defendants, Groh Productions, Inc., and Katalina Groh.

Dated: October 3, 2025

                                                                     Respectfully submitted,

                                                                       */s/ Lance R. Minor*
                                                    **LANCE R. MINOR**
                                                    ARDC #6256405
                                                   120 North La Salle Street, 20th Floor
                                                   Chicago, Illinois 60602
                                                 Tel.:   (773) 469-1520

*Kelly M. Crawford*
Admitted Pro Hac Vice
Texas State Bar No. 05030700
Kelly.Crawford@solidcounsel.com
500 N. Akard Street, Suite 2700
Dallas, Texas 75201
Tel.: (214) 706-4200
Fax: (214) 706-4242


**ATTORNEYS FOR PLAINTIFF**
**ALAMO CITY ENGINEERING SERVICES, INC.**