Alamo City Engineering Services Inc
                              Plaintiff,

v.  Case No.: 1:25−cv−05744
Honorable Jorge L. Alonso

Groh Productions, Inc., et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held and continued to 12/3/25 at 9:30 a.m. Plaintiff's Request for entry of default of Defendants Groh Productions, Inc and Katalina Groh [27] is granted. Default is entered pursuant to FRCP55(a) for failure to answer or otherwise plead against Defendants Groh Productions, Inc and Katalina Groh. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 650−479−3207 and the access code is 1804010308. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.